IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARCHELLO MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 2:20-cv-2362-JTF |
| | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| FCI MEMPHIS, and A.M. OWENS, | ) |
| | ) |
| Defendants. | ) |

**ORDER DISIMISSING CASE,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH,
AND NOTIFYING PLAINTIFF OF APPELLATE FILING FEE**

On April 6, 2021, the Court entered an Order to Show Cause, directing Plaintiff to demonstrate on or before April 21, 2021 why judgment should not be entered in this case. The Court warned Plaintiff that his failure to comply with that Order in a timely manner would result in a dismissal of this action with prejudice. (ECF No. 11.)

Plaintiff's deadline to comply has expired and he has not applied for an extension to do so.

For this reason, the Court **DISMISSES** this case with prejudice in its entirety for the reasons discussed in the Court's April 6, 2021 Order. (ECF No. 11.) Judgment will be entered in accordance with that prior Order.

Pursuant to Federal Rule of Appellate Procedure 24(a) and 28 U.S.C. § 1915(a)(3), it is **CERTIFIED** that any appeal in this matter by Plaintiff would not be taken in good faith. If Plaintiff nevertheless chooses to file a notice of appeal, he must either pay the entire $505 appellate

filing fee or submit a new *in forma pauperis* affidavit and a current, certified copy of his inmate trust account statement for the last six months, in compliance with 28 U.S.C. §§ 1915(a)-(b).

**SO ORDERED**, this 26th day of April, 2021.

                                               *s/ John T. Fowlkes*
                                               JOHN T. FOWLKES
                                               UNITED STATES DISTRICT JUDGE